**Barney O. PADGETT, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7100.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

ORDER

Pursuant to the Court's letter dated September 15, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Wilfredo ESQUILIN–ORTIZ, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7101.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

ORDER

Pursuant to the Court's letter dated September 16, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Lonnie D. SWEATT, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7102.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

ORDER

Pursuant to the Court's letter dated September 15, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.